```
 1  Bingham McCutchen LLP
    JAMES SEVERSON (SBN 67489)
 2  HODDY POTTER (SBN 238507)
    Three Embarcadero Center
 3  San Francisco, CA 94111-4067
    Telephone: (415) 393-2000
 4  Facsimile: (415) 393-2286
    E-mail: james.severson@bingham.com
 5  E-mail: hoddy.potter@bingham.com

 6  Welter Law Firm, P.C.
    ERIC A. WELTER (SBN 38193)
 7  (Pending Pro Hac Vice Acceptance)
    12801 Worldgate Drive, Ste. 500
 8  Herndon, VA 20170
    Telephone: (703) 871-3955
 9  Facsimile: (703) 871-3956
    E-mail: eaw@welterlaw.com
10
    Attorneys for Defendant
11  7-ELEVEN, INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

*E-FILED - 5/24/06*

| | |
|---|---|
| BALJINDER SINGH AND RAGINDER KAUR,<br><br>Plaintiffs,<br>v.<br>7-ELEVEN, INC., CINDY DUONG, AND LARRY DUONG,<br><br>Defendants. | No. C05 04534 RMW<br><br>**DEFENDANT 7-ELEVEN, INC.'S SUBSTITUTION OF COUNSEL; ORDER THEREON**<br><br>Judge: Honorable Ronald M. Whyte |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendants hereby substitute James Severson, Esq. and Hoddy Potter, Esq. of Bingham McCutchen LLP as local counsel of record in this action in place of Michael Loeb, Esq. and Jacqueline Bronson, Esq. of Bingham McCutchen LLP.

---

1   All documents sent to local counsel in this action should be addressed as follows:

2

3   James Severson
    Hoddy Potter
4   Bingham McCutchen LLP
    Three Embarcadero Center
5   San Francisco, CA 94111
    Telephone: (415)-393-2000
6   Fax: (415)-393-2286
    Email:
7   James.Severson@bingham.com
    Hoddy.Potter@bingham.com
8

9   DATED: ~~May~~ April 28, 2006        BINGHAM McCUTCHEN LLP
10

11
                                          By: _____
12                                             Michael Loeb
                                          Attorneys for Defendant 7-Eleven, Inc.
13

14
    DATED: May 4, 2006                   BINGHAM McCUTCHEN LLP
15

16
                                          By: _____
17                                             James Severson
                                          Attorneys for Defendant 7-Eleven, Inc.
18

19  I consent to the foregoing substitution:  _____
                                               7-Eleven, Inc.
20  DATED: May 4, 2006

21

22

23

24

25

26

                                            2

---

**DEFENDANT 7-ELEVEN, INC.'S SUBSTITUTION OF COUNSEL; ORDER THEREON**
**C05 04534 RMW**

SF/21664164.1

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The above Substitution of Counsel is hereby approved. |
| 3 | |
| 4 | DATED: 5/24/06 |
| 5 | /s/ Ronald M. Whyte<br>HONORABLE RONALD M. WHYTE |

1                                    **ORDER**

2          The above Substitution of Counsel is hereby approved.

3

         DATED: 5/24/06

4

5                                         /s/ Ronald M. Whyte
                                         HONORABLE RONALD M. WHYTE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

DEFENDANT 7-ELEVEN, INC.'S SUBSTITUTION OF COUNSEL; ORDER THEREON
C05 04534 RMW

SF/21664164.1