1  ROBERT DAVID BAKER, SBN 87314
   LAW OFFICES OF ROBERT DAVID BAKER
2  1611 The Alameda,
   San Jose, CA  95126
3  Telephone:  (408) 292-8555
   Facsimile:  (408) 292-0703
4  Email:  attyatlaw@earthlink.net

5  Attorney for Plaintiffs
   Baljinder Singh and Raginder Kaur
6
   GREENBERG TRAURIG, LLP
7  WILLIAM J. GOINES, SBN 061290
   KAREN ROSENTHAL (SBN 209419)
8  CINDY HAMILTON (SBN 217951)
   1900 University Avenue, Fifth Floor
9  East Palo Alto, CA 94303
   Telephone: (650) 328-8500
10 Facsimile: (650) 328-8508
   Email:  goinesw@gtlaw.com
11         rosenthalk@gtlaw.com
           hamiltonc@gtlaw.com
12
   Attorneys for Defendants
13 Cindy Duong and Larry Duong

14                                                    ***E-FILED - 3/30/07***

15
                    UNITED STATES DISTRICT COURT
16
                    NORTHERN DISTRICT OF CALIFORNIA
17

18
   BALJINDER SINGH; RAGINDER KAUR,        Case No. C05 04534 RMW
19
               Plaintiffs,                STIPULATION RE: DISMISSAL OF
20                                        ACTION AND [] ORDER
         vs.
21
   7-ELEVEN, INC.; CINDY DUONG; LARY
22 DUONG,
                                          Date Action Filed:  11/07/2005
23             Defendants.

24

25

26

27

28

Come now Plaintiffs Baljinder Singh and Raginder Kaur and Defendants Cindy Duong and Larry Duong, by and through their respective counsel, and hereby stipulate as follows:

1. Plaintiffs' Complaint for Damages for failure to pay back wages owed to Plaintiffs and others similarly situated, in violation of section 7 of the Fair labor Standards Act of 1938, as amended, 29 U.S.C. 201, *et seq*., and pendant actions, was filed in the United States District Court, Northern District of California, on November 7, 2005.

2. On or about January 25, 2007, Defendant 7-Eleven, Inc. filed a Motion for Summary Judgment and on March 8, 2007, this Court issued its Order Granting 7-Eleven's Motion for Summary Judgment.

3. Section I of the Joint Statement of Case filed in this action on March 22, 2007, contained a statement by Plaintiffs' counsel that "…Plaintiffs will file an application for order shortening time to hear a motion to allow dismissal of the FLSA claims and to remand to Superior Court in light of the court's granting corporate 7-Eleven's Motion for Summary Judgment."

4. Plaintiffs Baljinder Singh and Raginder Kaur, and the remaining defendants in this action, Cindy Duong and Larry Duong, desire to have the action heard by the Superior Court of the State of California, and the parties have agreed to a dismissal without prejudice of the within United States District Court action so that Plaintiffs may file an action in the Superior Court of the State of California. The parties further stipulate that any filing in the Superior Court would relate back to the date of the filing of the federal complaint with respect to the claims stated therein, and that the period of time that the matter was pending in the federal could will be tolled for purposes of the superior court filing.

WHEREFORE, the parties stipulate as follows:

1. That the action presently pending in the United States District Court, Northern District of California, Case No. C05 04534 RMW, is dismissed without prejudice; and

2. That Plaintiffs may file a new action against Defendants Cindy Duong and Larry Duong in the Superior Court of the State of California and the period of time that the matter was pending in the United States District Court with respect to the claims stated therein will be tolled for purposes of the Superior Court filing.

| | |
|---|---|
| Dated: March 28, 2007 | Dated: March 29, 2007 |
| LAW OFFICES OF ROBERT DAVID BAKER | GREENBERG TRAURIG, LLP |
| By: /s/ *Robert David Baker*<br>    Robert David Baker<br>    Attorneys for Plaintiffs<br>    Baljinder Singh and Raginder Kaur | By: /s/ *Cindy Hamilton*<br>    William J. Goines<br>    Karen Rosenthal<br>    Cindy Hamilton<br>    Attorneys for Defendants Cindy Duong<br>    and Larry Duong |

I, William J. Goines, am the ECF user whose ID and password are being used to file this Stipulation Re: Dismissal and [Proposed] Order. In compliance with General Order 45, X.B., I hereby attest that the above-signed counsel have concurred in this filing.

Dated: March 29, 2007.                    /s/ *William J. Goines*
                                                                  William J. Goines

**ORDER**

IT IS SO ORDERED.

Dated: *3/30/307*

*[signature: Ronald M. Whyte]*
RONALD M. WHYTE
Judge, United States District Court

STIPULATION RE DISMISSAL OF ACTION AND [] ORDER
Case No. C05 04534 RS       3

SV 346142284v1